UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT KNOX



UNITED STATES OF AMERICA

INFORMATION

vs.                                    NO. _____3:12MJ-3_____
                                           18 U.S.C. 641

**HELGA HAMM**

The United States Attorney charges:

### COUNT 1

On or about the 7th day of October, 2011, in the Western
District of Kentucky, at Fort Knox, Hardin County, Kentucky, on land
acquired for the use of the United States and under the exclusive
jurisdiction thereof, **HELGA HAMM**, defendant herein, did knowingly
steal, purloin or convert to her own use things of value belonging to
the Army and Air Force Exchange Service (AAFES), an agency of the
United States, to wit, wrinkle lifting serum, and three (3) watch
batteries, from the Fort Knox Main Post Exchange of a value not
exceeding $1,000.00, knowing that she was not entitled to take such
item.

In violation of Title 18, United States Code, Section 641. This
is a Class A misdemeanor.

The United States Attorney charges:

## COUNT 2

On or about the 8th day of October, 2011, in the Western District of Kentucky, at Fort Knox, Hardin County, Kentucky, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, **HELGA HAMM**, defendant herein, did knowingly steal, purloin or convert to her own use things of value belonging to the Army and Air Force Exchange Service (AAFES), an agency of the United States, to wit, a jar of cream, from the Fort Knox Main Post Exchange of a value not exceeding $1,000.00, knowing that she was not entitled to take such items.

In violation of Title 18, United States Code, Section 641.  This is a Class A misdemeanor.

DAVID J. HALE
United States Attorney
United States District Court
Fort Knox, Kentucky 40121
Tel: (502) 624-6315

UNITED STATES OF AMERICA vs. **HELGA HAMM**

## PENALTIES

COUNTS 1-2

18 U.S.C. 641

 IMPRISONMENT:  Not more than One (1) year.

 FINE: Not  more  than  One  Hundred  Thousand  Dollars ($100,000.00)


18 U.S.C., Section 3013.  Special Penalty Assessment of Twenty-Five Dollars ($25.00) is mandatory.